UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGOP VARDAZARYAN, | ) | NO. LA CV 13-07469-VBF-AS |
| Petitioner, | ) | |
| v. | ) | **ORDER Adopting Report and Recommendation, Denying the Habeas Corpus Petition, and Dismissing this Action with Prejudice** |
| FRANK CHAVEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the habeas corpus petition (CM/ECF Document ("Doc") 1), the respondent's answer and accompanying memorandum (Doc 13), the lodged documents (Doc 14), petitioner's traverse (Doc 16), the May 20, 2015 Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 22), and the timely written objections of petitioner (Doc 26) filed June 22, 2015. Respondent has not exercised his Fed. R. Civ. 72(b)(2) right to file a response to the objections within fourteen calendar days of being served with a copy of the objections. After reviewing *de novo* those portions of the R&R to which petitioner specifically objected, the Court finds no error of law, fact, or logic in the R&R and concurs with the Magistrate Judge's findings and conclusions. Accordingly:

Petitioner's objection **[Doc # 26] is OVERRULED.**

1   The Report and Recommendation **[Doc # 22] is ADOPTED.**

2   The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

4   The Court will rule on a certificate of appealability by separate order.  As required by Fed. R. Civ.
5   P. 58(a), final judgment will be entered by separate document.

7   The Clerk of Court SHALL TERMINATE and close this case.

9   DATED:  July 14, 2015

*(signature)*

VALERIE BAKER FAIRBANK
Senior United States District Judge

2