UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGOP VARDAZARYAN, | ) | NO. LA CV 13-07469-VBF-AS |
| Petitioner, | ) | |
| v. | ) | **FINAL JUDGMENT** |
| FRANK CHAVEZ, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's contemporaneously issued Order Adopting Report and Recommendation, Denying the Habeas Petition, and Dismissing the Action With Prejudice, final judgment is hereby rendered in favor of the respondent and against petitioner Agop Vardazaryan.

DATED: July 14, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge